

# Fourth Court of Appeals
## San Antonio, Texas

December 11, 2020

No. 04-20-00116-CR

Anton Jamail **HARRIS**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 399th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CR3427
Honorable Frank J. Castro, Judge Presiding

# O R D E R

    Appellant's brief, due November 20, 2020, has not been filed. On December 3, 2020, we notified appellant's counsel, Patrick Montgomery, of the deficiency. TEX. R. APP. P. 38.8(b)(2). We received no response. Therefore, pursuant to Texas Rule of Appellate Procedure 38.8(b)(2), we abate this case to the trial court and ORDER the trial court to conduct a hearing to determine if appointed appellate counsel, Patrick Montgomery, has abandoned this appeal. The trial court shall take such measures as may be necessary to assure appellant has the effective assistance of appellate counsel, which may include the appointment of new appellate counsel.

    We ORDER the trial court to file its written findings of fact and conclusions of law with the trial court clerk no later than **December 30, 2020.** We ORDER the trial court clerk to file a supplemental clerk's record in this court no later than seven days after the trial court files its findings of facts and conclusions of law.

    All appellate deadlines are ABATED pending further orders from this court.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of December, 2020.



Michael A. Cruz,
Clerk of Court